**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BAIT PRODUCTIONS PTY LTD.,

    Plaintiff,

v.                                             Case No: 8:13-cv-160-T-30TGW

BRAD CRANLEY,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Voluntary Notice of Dismissal (Dkt. #5). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of February, 2013.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-160 dismiss 5.docx